```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 07752
   JAMES M OBRIEN
   MARLIELLEN OBRIEN                          CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0029    SSN XXX-XX-5895

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 04/29/2007 and was confirmed 07/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 11/14/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC    3392.00        316.96       1663.30
CAPITAL ONE AUTO FINANCE UNSECURED         452.09           .00           .00
CHASE AUTO FINANCE       SECURED VEHIC    9685.91        509.08       9685.91
CHASE AUTO FINANCE       UNSECURED        1509.99           .00           .00
CITIMORTGAGE             CURRENT MORTG        .00           .00      43920.00
CITIMORTGAGE             MORTGAGE ARRE   14400.00           .00      14400.00
CHASE                    SECURED NOT I        .00           .00           .00
GREATER SUBURBAN ACCEPTA SECURED NOT I        .00           .00           .00
GREATER SUBURBAN ACCEPTA UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE PRIORITY        24225.40           .00        164.55
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED          .00           .00
CINGULAR                 UNSECURED       NOT FILED          .00           .00
CBT ASPIRE               UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         761.28           .00           .00
BRIAN M KARSHEN          UNSECURED        1375.00           .00           .00
DR JANUS MULLIN          UNSECURED         100.00           .00           .00
CAPITAL ONE              UNSECURED        1282.94           .00           .00
DR JANUS MULLIN          UNSECURED       NOT FILED          .00           .00
MCI COMMUNICATIONS       UNSECURED       NOT FILED          .00           .00
MCI COMMUNICATIONS       UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED        1467.54           .00           .00
CREDIT PROTECTION        UNSECURED       NOT FILED          .00           .00
HR IMAGING               UNSECURED       NOT FILED          .00           .00
HR IMAGING               UNSECURED       NOT FILED          .00           .00
JOAN WOLFE               UNSECURED       NOT FILED          .00           .00
DEPENDON COLLECTION SE   UNSECURED       NOT FILED          .00           .00
COMCAST CABLE COMMUNICAT UNSECURED         336.22           .00           .00
PREMIER BANCARD CHARTER  UNSECURED         180.33           .00           .00
PREMIER BANCARD CHARTER  UNSECURED         320.11           .00           .00
FIRST PREMIER BANK       UNSECURED       NOT FILED          .00           .00
PREMIER BANCARD CHARTER  UNSECURED         443.41           .00           .00
FORD MOTOR CREDIT CORPOR UNSECURED       NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07752 JAMES M OBRIEN & MARLIELLEN OBRIEN
```

```
INFINITY ASSET ACCEPTANC  UNSECURED        NOT FILED             .00              .00
SUPERIOR AIR GROUND       UNSECURED        NOT FILED             .00              .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED           303.62             .00              .00
HSBC NV                   UNSECURED        NOT FILED             .00              .00
LEGAL LIAISON SERVICE     UNSECURED        NOT FILED             .00              .00
MICHAEL W DONAHUE         UNSECURED          1405.80             .00              .00
MIDLAND                   NOTICE ONLY      NOT FILED             .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           336.56             .00              .00
CHRIST MEDICAL CENTER     UNSECURED           835.40             .00              .00
WOMENS HEALTH CARE CENTE  UNSECURED        NOT FILED             .00              .00
WOMENS HEALTH CARE CENTE  UNSECURED        NOT FILED             .00              .00
WOMENS HEALTH CARE CENTE  UNSECURED        NOT FILED             .00              .00
NICOR GAS                 UNSECURED        NOT FILED             .00              .00
NICOR GAS                 UNSECURED          1399.55             .00              .00
PROVIDIAN FINANCIAL       UNSECURED        NOT FILED             .00              .00
MCI                       UNSECURED        NOT FILED             .00              .00
ST XAVIER UNIVERSITY      UNSECURED        NOT FILED             .00              .00
SALLIE MAE SERVICING COR  UNSECURED          3928.46             .00              .00
BUREAUS                   UNSECURED        NOT FILED             .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY           1670.82             .00              .00
GREATER SUBURBAN ACCEPTA  UNSECURED          6744.92             .00              .00
INTERNAL REVENUE SERVICE  UNSECURED         35037.52             .00              .00
INGALLS MEMORIAL HOSPITA  UNSECURED            65.25             .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED            94.82             .00              .00
DEPT OF HOUSING & URBAN   SECURED NOT I     8202.00              .00              .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY      NOT FILED             .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED           177.61             .00              .00
JOSEPH P DOYLE            DEBTOR ATTY       2,354.00                         2,354.00
TOM VAUGHN                TRUSTEE                                            5,758.52
DEBTOR REFUND             REFUND                                             5,701.08
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|------------|---------------|
| TRUSTEE              | 84,473.40  |               |
| PRIORITY             |            | 164.55        |
| SECURED              |            | 69,669.21     |
|     INTEREST         |            | 826.04        |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | 2,354.00      |
| TRUSTEE COMPENSATION |            | 5,758.52      |
| DEBTOR REFUND        |            | 5,701.08      |
| TOTALS               | 84,473.40  | 84,473.40     |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE